# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

RONDA L. BOLIN,

                Plaintiff,

        v.                                      Civil No. 05-6148-HO

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

## ORDER

Attorney fees and costs in the amount of $3,612.89 are hereby awarded to Plaintiff pursuant to Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Dated: January 26, 2006

                              /s/ Michael R. Hogan
                              United States District Judge

**ORDER - Page 1**